**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TERRENCE J. HANCOCK, TIMOTHY P. DUNLAP, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of the LOCAL No. 731, I.B. of T., GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH AND WELFARE FUND, <br><br> and <br><br> TERRENCE J. HANCOCK, JOHN LISNER, TIMOTHY P. DUNLAP, MICHAEL RICHARDSON, STEVE VOGRIN, and THOMAS J. YONKER as TRUSTEES of the LOCAL No. 731, I. B. of T., PRIVATE SCAVENGERS and GARAGE ATTENDANTS PENSION TRUST FUND, <br><br>   Plaintiffs, <br><br>   v. <br><br> LINDA CONSTRUCTION INC., <br><br>   Defendant. | Case No. 14-cv-2667 <br><br> Judge |

## COMPLAINT

Plaintiffs Terrence J. Hancock, Timothy P. Dunlap, John Lisner, Dale Bolt, Brad Webb, James Buik, Michael I. Richardson, and Edward DeNormandie as Trustees of Local No. 731, I.B. of T., Garage Attendants, Linen and Laundry Health and Welfare Fund ("Welfare Fund") and Terrence J. Hancock, John Lisner, Timothy P. Dunlap, Michael I. Richardson, Steve Vogrin, and Thomas J. Yonker as Trustees of Local No. 731, I.B. of T., Private Scavengers and Garage Attendants Pension Trust Fund ("Pension Fund") (collectively, "Funds"), through their attorneys Dowd, Bloch, Bennett & Cervone, by way of their complaint against Linda Construction Inc. ("Linda" or "Company"), state as follows:

**JURISDICTION AND VENUE**

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461, to collect unpaid employee benefit contributions, interest, liquidated damages, audit costs, attorneys' fees and court costs and, as such, this Court has jurisdiction under sections 502(e) and 502(f) of ERISA, 29 U.S.C. §§ 1132(e) and 1132(f), and Section 301(c) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §185(c).

2. Venue lies in this court under section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), and Section 301(a) of the LMRA, 29 U.S.C. § 185(a), in that the Funds are administered by their Trustees at their principal place of business at 1000 Burr Ridge Parkway, Burr Ridge, Illinois 60527.

**PARTIES**

3. The Funds are multiemployer benefit plans within the meaning of Sections 3(3) and 3(37) of ERISA, 29 U.S.C. §§ 1002(3) and 1002(37).

4. Plaintiff Trustees are "fiduciaries" of the Funds authorized to bring this action on behalf of the Plan, its participants, and its beneficiaries pursuant to section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3).

5. Defendant Linda is an Illinois corporation that was, at all relevant times, doing business within this district and was an employer within the meaning of ERISA Section 3(5), 29 U.S.C. § 1002(5) and Section 301(a) of the LMRA, 29 U.S.C. § 185(a).

**COUNT I: FAILURE TO PAY EMPLOYEE BENEFIT FUND CONTRIBUTION**

6. The Excavating, Grading, Asphalt, Private Scavengers, Automobile Salesroom Garage Attendants and Linen and Laundry Drivers Local Union No. 731, I. B. of T. ("Local 731") is a labor organization within the meaning of 29 U.S.C. § 185(a).

7. At all relevant times through at least September 30, 2013, Linda was a party to successive collective bargaining agreements with Local 731 (collectively, "Agreement") that obligate it to make monthly contributions on behalf of all of its employees covered by the Agreement for health-welfare and pension benefits and to submit monthly remittance reports in which the Company identifies the employees covered under the Agreement and the amount of contributions remitted to the Funds on behalf of each covered employee.

8. The Agreement obligates Linda to, by the 20th of every month, remit monthly contributions and submit the monthly contribution reports to the Funds for the prior month, or be subject to a 10% late fee, which increases to 20% once a lawsuit is filed, as liquidated damages, and be assessed interest on any late payment and collection costs incurred by the Funds in pursuing the delinquent contributions.

9. Notwithstanding Linda's obligations under the Agreement, as revealed by a compliance audit for the period of April 1, 2011 through March 31, 2013, the Company has failed to report and remit to the Funds all of the contributions for its employees covered by the Agreement.

10. Despite demands duly made, Linda has not remitted the entire amount of delinquent contributions and other sums owed.

11. All relevant conditions precedent to requiring payment of the amounts sought by this Complaint have been satisfied.

12. Linda's failure to timely submit the reports and contributions violates ERISA Section 515, 29 U.S.C. § 1145, and LMRA Section 301, 29 U.S.C. § 185.

13. Under ERISA Section 502(g)(2), 29 U.S.C. § 1132(g)(2); the terms of the Agreement; and the Funds' governing documents, in addition to the contributions due, Linda is also liable to the Funds for interest at the rate of 1% compounded monthly, liquidated damages in the amount of 20%, audit costs, and reasonable attorneys' fees and court costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request judgment against Linda as follows:

1. Finding that Linda Construction Inc. violated the Agreement;

2. Finding that Linda Construction Inc. is liable to the Funds for all unpaid contributions as revealed in a payroll audit of its records for the period of April 1, 2011 through March 31, 2013, plus related interest, liquidated damages, audit costs, and attorneys' fees and court costs;

3. Ordering Linda Construction Inc. to pay to Plaintiffs all contributions, accrued interest, liquidated damages, and audit costs;

4. Ordering Linda Construction Inc. to pay to Plaintiffs all court costs and reasonable attorneys' fees and costs related to this suit; and

5. Granting all such other legal and equitable relief as the Court deems just and proper.

Respectfully submitted,

/s/ Jeremy M. Barr
Jeremy M. Barr
Attorney for the Plaintiffs

Michele M. Reynolds (ARDC# 6237957)
Jeremy M. Barr (ARDC# 6299047)
Josiah A. Groff (ARDC# 6289628)
David P. Lichtman (ARDC# 6290051)
DOWD, BLOCH, BENNETT & CERVONE
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361