# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION
SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, TIMOTHY P. DUNLAP, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, AND EDWARD DENORMANDIE as Trustees of the LOCAL No. 731, I. B. of T., GARAGE ATTENDANTS LINEN AND LAUNDRY HEALTH AND WELFARE FUND

and

TERRENCE J. HANCOCK, JOHN LISNER, TIMOTHY P. DUNLAP, MICHAEL RICHARDSON, STEVE VOGRIN, and THOMAS J. YONKER as TRUSTEES of the LOCAL No. 731, I. B. of T., PRIVATE SCAVENGERS and GARAGE ATTENDANTS PENSION TRUST FUND

Plaintiffs,

v.

LINDA CONSTRUCTION INC.,

Defendant.

Docket Number: 14-cv-2667

Assigned Judge: John J. Tharp

Designated Magistrate Judge: Jeffrey Cole

TO: Linda Construction Inc.
c/o Jessie L. McGee, Registered Agent
18633 Nightengale
Country Club Hills, IL 60478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

Jeremy M. Barr
Dowd, Bloch, Bennett & Cervone
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty-one (21)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

/s/

(By) DEPUTY CLERK



April 14, 2014

DATE

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Terrence J. Hancock, Timothy P. Dunlap, John Lisner, Dale Bolt, Brad Webb, James Buik, Michael I. Richardson, and Edward Denormandie as Trustees of the Local No. 731, I.B. of T., Garage Attendants, Linen and Laundry Health and Welfare Fund
Plaintiff(s),

Case No.: **14 CV 2667**

**AFFIDAVIT OF SERVICE**

vs.

**Terrence J. Hancock, et al**
Defendant(s),

I, **Gary McDaniels**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Case and Complaint**

Defendant to be served: **Linda Construction Inc. c/o Jessie McGee, Registered Agent**

Address where served: **18633 Nightengale Terrace, Country Club Hills, IL 60478**

On **April 16, 2014** at **9:06 AM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Jessie McGee**, (Title) **Registered Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **Black** - Hair: **Black** - Approx. Age: **45-50** - Height: **5'9"** - Weight: **185**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X_____
Gary McDaniels

State of _IL_
County of _Cook_

Subscribed and Sworn to before me on this _18_ day of _April_, 20_14_

_____
Signature of Notary Public

"OFFICIAL SEAL"
Candy L McDaniels
Notary Public, State of Illinois
My Commission Expires 7/14/2014

Job: 244539
File: