# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, TIMOTHY P. DUNLAP, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of the LOCAL No. 731, I.B. of T., GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH AND WELFARE FUND, | |
| and | Case No. 14-cv-2667 |
| TERRENCE J. HANCOCK, JOHN LISNER, TIMOTHY P. DUNLAP, MICHAEL RICHARDSON, STEVE VOGRIN, and THOMAS J. YONKER as TRUSTEES of the LOCAL No. 731, I. B. of T., PRIVATE SCAVENGERS and GARAGE ATTENDANTS PENSION TRUST FUND, | Judge John J. Tharp, Jr. |
| | Magistrate Judge Cole |
| Plaintiffs, | |
| v. | |
| LINDA CONSTRUCTION INC., | |
| Defendant. | |

## AMENDED FINAL JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Default Judgment and the Court, having reviewed the motion along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

A. That Plaintiffs Terrence J. Hancock, Timothy P. Dunlap, John Lisner, Dale Bolt, Brad Webb, James Buik, Michael I. Richardson, and Edward DeNormandie as Trustees of Local No. 731, I.B. of T., Garage Attendants, Linen and Laundry Health and Welfare Fund and Terrence J. Hancock, John Lisner, Timothy P. Dunlap, Michael I. Richardson, Steve Vogrin, and

Thomas J. Yonker as Trustees of Local No. 731, I.B. of T., Private Scavengers and Garage Attendants Pension Trust Fund have a judgment against Defendant Linda Construction Inc. for unpaid contributions for the period of April 1, 2011 through March 31, 2013 and related interest, liquidated damages, audit fees, and attorneys' fees in the amount of $144,640.81, as follows:

|  | **Health & Welfare** | **Pension** |
|---|---|---|
| Contributions (4/11-3/13) | $51,760.45 | $38,720.20 |
| Interest (4/11-3/13) (as of 5/20/14) | $13,153.58 | $9,852.20 |
| Liquidated Damages (4/11-3/13) (20%) | $10,352.09 | $7,744.04 |
| Audit Costs | $4,500.00 | $4,500.00 |
| Attorneys' Fees and Costs | $2,029.13 | $2,029.12 |
| **Total** | **$81,795.25** | **$62,845.56** |

B.  That the Court retains jurisdiction of the cause for the purpose of enforcing this Order.

SO ORDERED:

/s/ John J. Tharp, Jr.
Honorable Judge John J. Tharp, Jr.
United States District Judge

Date:  5/20/2014